IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 11-40060 |
| Plaintiff, | ) ) ) | <u>MINUTES OF COURT</u> |
| vs. | ) ) | DATE: 4/2/2013 |
| CLEVELAND J. WHITE FEATHER, | ) ) ) | |
| Defendant(s). | ) ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) : N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

   This matter is before the court on the defendant's Motion to Suppress.

   It is hereby ORDERED that this matter is set for hearing on 4/11/2013 at 10:00 a.m. in Benton, IL.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk