UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 11-cr-40060-JPG |
| CLEVELAND J. WHITE FEATHER, | |
| Defendant. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court in connection with the appointment of counsel for defendant Cleveland J. White Feather. On August 22, 2011, the Court authorized interim payments to counsel in light of the expected length of the trial and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation. The Court authorized such interim payments because, at the time the Court anticipated the Government was likely to pursue the death penalty. Now that the Government has decided not to pursue the death penalty and the length of the pretrial preparations and trial appear to be similar to the length of an ordinary, non-death penalty criminal case, the Court finds interim payments no longer appropriate. Accordingly, the Court orders the following modifications to its prior order regarding payment procedures:

1. The Federal Public Defender's Office shall refrain from processing or paying any interim vouchers already submitted in this case until the conclusion of the case.

2. At the conclusion of the representation, counsel shall submit a final CJA Form 30 voucher seeking compensation or expenses not yet claimed on another voucher. Both counsel who have appeared in this case (Brian K. Trentman and Daniel R. Schattnik) shall also submit to the Federal Public Defenders Office a statement of the total amount

of compensation and reimbursement received in this case.

3. At the conclusion of the representation, the Federal Public Defender's Office shall process any unpaid vouchers in accordance with the Court's August 22, 2011, order.

4. Vouchers shall remain *ex parte* and under seal until further order of the Court.

The Clerk of Court is **DIRECTED** to send a copy of this order to White Feather's former counsel Brian K. Trentman.

**IT IS SO ORDERED.**
**DATED:  April 11, 2013**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**